UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KEVIN R. MITCHELL,

                      Plaintiff,         **ORDER**
                                      CV 05-5316 (DRH)(ARL)

     -against-

PARK ELECTROCHEMICAL CORP. et al.,

                      Defendants.
---------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is counsel for the plaintiff's letter application advising the court that the plaintiff, Kevin Mitchell, has passed away. Counsel for the plaintiff requests that the deadline for taking the first step in the dispositive motion process and the final conference be adjourned as he has no authority to continue the case. Counsel's request is granted. The deadline for dispositive motions and the final conference are adjourned *sine die*. Counsel for the plaintiff has also requested that the matter be stayed until a fiduciary is appointed. That request is denied. Counsel shall make a motion for substitution pursuant to Fed. R. Civ. P. 25.

Dated:  Central Islip, New York            **SO ORDERED:**
       January 18, 2007

                                                 _____/s/_____
                                                 ARLENE ROSARIO LINDSAY
                                                 United States Magistrate Judge